# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

**v.**                **CASE NO. 4:18-CR-00466-BSM-27**

**AUTUMN LYNN TALLEY**                                **DEFENDANT**

## ORDER

The government's motion to dismiss the indictment against Autumn Talley [Doc. No. 505] is granted. The indictment against Talley is dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 9th day of July, 2020.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE